Case 7:23-cv-00063   Document 15   Filed on 09/12/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RUBEN HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00063 |
| | § | |
| ALLSTATE INDEMNITY COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Now before the Court is the Agreed Stipulation of Dismissal with Prejudice filed by Plaintiff Ruben Hernandez and Defendant Allstate Indemnity Company. (Dkt. No. 14). The Court, after considering the Stipulation, believes it to be in accordance with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Court costs will be paid by the party incurring same.

The Clerk of Court is hereby **DIRECTED** to close this case.

SO ORDERED September 12, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge